1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                         SACRAMENTO DIVISION

11

**EDWARD R. SMITH,**                            2:07-CV-0244 MCE GGH P
12
                                    Plaintiff,   **ORDER**
13
         v.
14
**S. HUBBARD, et al.,**
15
                                   Defendants.
16

17

18        UPON STIPULATION by plaintiff and defendants Hubbard, Andreason, Khoury,

19   Calvo, and Bick and pursuant to Fed. R. Civ. P. 41(a), plaintiff's lawsuit is dismissed in its

20   entirety, with prejudice.

21        Accordingly, the Clerk of Court shall close this case.

22

23

24   Dated: 03/03/08                      /s/ Gregory G. Hollows
                                          UNITED STATES MAGISTRATE JUDGE
25

26

27   smit0244.stp

28

[Proposed] Order

1